IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | CRIMINAL ACTION NO. |
| v. | ) | 2:24cr54-MHT |
| | ) | (WO) |
| LISA HOLMES | ) | |

### ORDER

This case is before the court on the Probation Office's petition for early termination of supervised release. The Probation Office confirmed that Holmes has successfully completed 22 months of her three-year term of supervised release, and it is indicated that she will continue to receive sufficient "prosocial support" to remain lawful beyond the period of supervision.

Furthermore, the Probation Office confirmed orally that the United States Attorney's Office in the Northern District of Alabama does not oppose the motion. Based on these factors, the court concludes that early termination of supervised release is appropriate.

Accordingly, it is ORDERED that:

(1) The petition for early termination of supervised release (Doc. 2) is granted.

(2) Defendant Lisa Holmes's term of supervised release is terminated, and she is discharged.

DONE, this the 5th day of February, 2024.

                                    /s/ Myron H. Thompson
                                UNITED STATES DISTRICT JUDGE